UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARIKA M. WASHINGTON,

    Plaintiff,

vs.                    Case No. 8:21-cv-0767

ROBINHOOD MARKETS, INC.,

    Defendant.
_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SHARIKA WASHINGTON, hereby voluntarily dismisses this action with prejudice based on a settlement between the parties that provides that each side will bear their own fees and costs.

Respectfully submitted,

BERMAN LAW FIRM, P.A.

By:   */s/ Craig L. Berman*
      Craig L. Berman, Esquire
      BERMAN LAW FIRM, P.A.
      Fla. Bar No. 068977
      111 Second Ave. N.E.; Suite 706
      St. Petersburg, FL 33701
      Phone: (727) 550-8989
      Fax: (727) 894-6251
      craig@bermanlawpa.com

      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

            <u>/s/ *Craig L. Berman*</u>
            CRAIG L. BERMAN, ESQUIRE